274

877 A.2d 383

Michael SULLIVAN, Appellant,

v.

Charles MYERS, Secretary Probation & Parole, Appellee.

Supreme Court of Pennsylvania.

June 1, 2005.

## ORDER

PER CURIAM.

**AND NOW,** this 1st day of June, 2005, probable jurisdiction is noted and the order appealed is affirmed.